```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 08186
  DEBRA H THOMAS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
  SSN XXX-XX-6287


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/08/05 and confirmed on 05/20/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  20890.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
CAPITAL ONE FINANCIAL       UNSECURED        1402.93         156.72         1402.93
CAPITAL ONE FINANCIAL       UNSECURED        1202.65         145.98         1202.65
CAVALRY INVESTMENTS LLC     UNSECURED        NOT FILED          .00             .00
CREDIT GUARD OF AMERICA     UNSECURED        NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC    UNSECURED        2450.98         311.29         2450.98
DISCOVER BANK               UNSECURED         942.35         111.88          942.35
RESURGENCE FINANCIAL        UNSECURED        6718.63         770.26         6718.63
CAPITAL ONE FINANCIAL       UNSECURED        1013.06         109.25         1013.06
ROUNDUP FUNDING LLC         UNSECURED        2581.15         278.34         2581.15
PREMIER BANKCARD/CHARTER    UNSECURED         489.49          53.15          489.49
              Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00      16801.24          .00         16801.24
PRINCIPAL PAID         .00         .00      16801.24          .00         16801.24
INTEREST PAID          .00         .00       1936.87          .00          1936.87
TOTAL PAID             .00         .00      18738.11          .00         18738.11
The Debtor's attorney, GREGORY J MARTUCCI              , was allowed $   1800.00
and was paid $   1000.00  direct and $    800.00  through the plan.

The Trustee received $   1007.67 .

Refunds to the Debtor totaled $    344.22 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/09/08                    /s/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```